**FILED**

Date: _10/11/2022_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES OF AMERICA

v.

DAVID ROBINSON, JR.

CASE NO.  5:22-cr- 72- GAP-PRL
26 U.S.C. § 5861(d)

**INDICTMENT**

**SEALED**

The Grand Jury charges:

**COUNT ONE**

On or about May 9, 2022, in the Middle District of Florida, the defendant,

**DAVID ROBINSON, JR.,**

did knowingly possess a firearm, that is: a rifle having a barrel less than 16 inches in

length, as defined by 26 U.S.C. § 5845(a)(3), which was not registered to the

defendant in the National Firearms Registration and Transfer Record, as required by

26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

**FORFEITURE**

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2.      Upon conviction of a violation 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.      The property to be forfeited includes, but is not limited to, the following: a Smith & Wesson, model M&P15, 223 caliber rifle, seized from the defendant on May 9, 2022.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third person;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By:

Sarah Janette Swartzberg
Assistant United States Attorney

By:

Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
October 22

No. _____

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

### THE UNITED STATES OF AMERICA

vs.

### DAVID ROBINSON, JR.

### INDICTMENT

Violations: 26 U.S.C. § 5861(d)

A true bill.

Foreperson

Filed in open court this 11th day

of October 2022.

_____
Clerk

Bail $_____

GPO 863 525